# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Lorenzo

Printed: 03/03/09

Case Number: 08 B 10841
Judge: Wedoff, Eugene R
Filed: 4/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 15, 2009
Confirmed: July 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,564.00 |  |
| Secured: |  | 1,804.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 593.24 |
| Trustee Fee: |  | 166.66 |
| Other Funds: |  | 0.00 |
| Totals: | 2,564.00 | 2,564.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Legal Helpers | Administrative | 2,500.00 | 593.24 |
| 2. Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. Capital One Auto Finance | Secured | 19,959.89 | 1,654.64 |
| 4. Cook County Treasurer | Secured | 1,793.58 | 149.46 |
| 5. Ocwen Loan Servicing LLC | Secured | 3,600.26 | 0.00 |
| 6. Northside "L" Credit Union | Unsecured | 10,273.37 | 0.00 |
| 7. Capital One Auto Finance | Unsecured | 2,031.60 | 0.00 |
| 8. Nissan Motor Acceptance Corporation | Unsecured | 9,736.29 | 0.00 |
| 9. Cook County Treasurer | Unsecured | 0.00 | 0.00 |
| 10. First Cash Financial Services | Unsecured |  | No Claim Filed |
| 11. Wow Internet | Unsecured |  | No Claim Filed |
| 12. Bally's Health Club | Unsecured |  | No Claim Filed |
| 13. TCF Bank | Unsecured |  | No Claim Filed |
|  |  | $ 49,894.99 | $ 2,397.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 166.66 |
|  | $ 166.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thomas, Lorenzo | Case Number:  08 B 10841 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/03/09 | Filed:  4/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: